### Patricia MILLS, Appellant,

v.

### CERNER CORPORATION, Respondent.

### WD 78172

Missouri Court of Appeals, Western District.

ORDER FILED: May 24, 2016

R. Mark Nasteff, Jr., and Amy D. Quinn, Liberty, MO, Attorneys for Appellant.

Lori R. Schultz, Katherine Sinatra, and Michael B. Barnett, Kansas City, MO Attorneys for Respondent.

Before Division Two: Victor C. Howard, Presiding Judge, and Thomas H. Newton and Karen King Mitchell, Judges

**Order**

Per Curiam:

Patricia Mills appeals from a jury verdict finding her former employer, Cerner Corporation, not liable for either discrimination or retaliation under the Missouri Human Rights Act (MHRA). Mills argues that Cerner's counsel infringed upon her constitutional right to counsel during closing argument when Cerner used the timing of Mills's decision to contact an attorney to argue that her allegations were not credible. Mills further argues that the trial court erred in refusing her proposed, non-MAI verdict director in favor of the MAI-approved verdict director offered by Cerner. Finding no error, we affirm. Rule 84.16(b).